UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO MARCIAL GUZMAN,<br><br>                          Plaintiff,<br><br>    -against-<br><br>DONALD TRUMP, *et al.*,<br><br>                         Defendants. | 20-CV-7501 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 12, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff consented to electronic service (ECF 3.)

SO ORDERED.

Dated:   November 12, 2020
            New York, New York

                                                        COLLEEN McMAHON
                                                       Chief United States District Judge